# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ADVANCED RESEARCH SYSTEMS, INC., | : No. 251 MAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| COLDEDGE TECHNOLOGIES, INC., TERRENCE RUFER, AJAY KHATRI, JEFF ROMIG & ERIC LECHER, | : |
| | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.